**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

KEITH JOHN ANDERSON,   *

    Plaintiff   *

        Case Number 5:07-CV-219 (WDO)

vs.   *

MONROE CO. SHERIFF'S DEPT.,   *

    Defendant   *

## J U D G M E N T

Pursuant to this Court's Order dated August 27, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action.

This 28th day of August, 2007.

        Gregory J. Leonard, Clerk

        s/ Denise C. Partee
        Deputy Clerk